# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JAKETRIUS LURRY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHARMERICA CORPORATION,<br><br>Defendant. | Case No. 3:23-cv-00297-RGJ<br><br>CLASS ACTION – JURY TRIAL DEMANDED |
| TANDRIA MARALLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHARMERICA CORPORATION and RESCARE, INC., d/b/a BRIGHTSPRING HEALTH SERVICES,<br><br>Defendant. | Case No. 3:23-cv-00298-CHB<br><br>CLASS ACTION – JURY TRIAL DEMANDED |
| VANESSA WILLIAMS, on behalf of herself individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHARMERICA CORPORATION, d/b/a PHARMERICA,<br><br>Defendant. | Case No. 3:23-cv-00301-DJH<br><br>CLASS ACTION – JURY TRIAL DEMANDED |

| | |
|---|---|
| CHARLEY LUTHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHARMERICA CORPORATION,<br><br>Defendant. | Case No. 3:23-cv-00315-GNS<br><br>CLASS ACTION – JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES AND SCHEDULE THE FILING OF PLAINTIFFS' MOTIONS FOR LEADERSHIP**

WHEREAS, there are four putative class action cases now pending in this district: (1) *Lurry v. PharMerica Corporation*, No. 3:23-cv-00297-RGJ; (2) *Marallo v. PharMerica Corporation*, No. 3:23-cv-00298-CHB; (3) *Williams v. PharMerica Corporation*, No. 3:23-cv-00301-DJH; and (4) *Luther v. PharMerica Corporation*, No. 3:23-cv-00315-GNS (the "Related Actions").

WHEREAS, Plaintiffs in the Related Actions allege that Defendant PharMerica Corporation ("PharMerica") negligently stored Plaintiffs' and class members' protected health information and/or personally identifiable information, which was compromised in a data breach of PharMerica's systems and network and have brought separate lawsuits challenging this alleged conduct. Plaintiffs in each of the Related Actions allege that PharMerica's conduct violates federal and common law;

WHEREAS, Plaintiffs in the Related Actions agree that consolidation is appropriate under Fed. R. Civ. P. 42(a) because the complaints filed in the Related Actions involve a common question of law or fact, involve a common defendant, arise from the same alleged events, and assert overlapping claims;

WHEREAS, consolidation will eliminate duplicative discovery, the possibility of inconsistent rulings on class certification, *Daubert* motions, and other pretrial matters, and conserve judicial and party resources;

WHEREAS, while reserving all rights, including but not limited to the right to raise all arguments in opposition to any motion for class certification, PharMerica and Res-Care, Inc. ("Res-Care") (named as a defendant in the *Marallo* action) do not oppose consolidation of the Related Actions under Fed. R. Civ. P. 42(a);

WHEREAS, undersigned Plaintiffs' counsel in the Related Actions agree that: (1) the Court should establish a briefing schedule for attorneys/firms or attorney/firm coalitions to submit interim lead counsel applications in this matter and (2) schedule a hearing for motions for leadership;

WHEREAS, PharMerica and Res-Care take no position on Plaintiffs' counsel's request for a lead counsel briefing schedule;

NOW THEREFORE, the Parties through their respective counsel request that:

1.  The Court consolidate the four putative class action cases now pending in this district: (1) *Lurry v. PharMerica Corporation*, No. 3:23-cv-00297-RGJ; (2) *Marallo v. PharMerica Corporation*, No. 3:23-cv-00298-CHB; (3) *Williams v. PharMerica Corporation*, No. 3:23-cv-00301-DJH; and (4) *Luther v. PharMerica Corporation*, No. 3:23-cv-00315-GNS.

2.  All papers filed in the Consolidated Action shall be filed under *Lurry,* Case No. 3:23-cv-00297-RGJ, and shall bear the following caption:

| In Re: PharMerica Data Breach Litigation  This Document Relates To: | Master File No. 3:23-cv-00297-RGJ |
|---|---|

|  |  |
|---|---|
| _____ |  |

3. The case file for the Consolidated Action will be maintained under Master File No. 3:23-cv-00297-RGJ. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "3:23-cv-00298 (*Marallo*)."

4. Any action subsequently filed in, transferred to or removed to the Court that arises out of the same or similar alleged facts as the Consolidated Action will be consolidated with it for pre-trial purposes. The parties shall file a notice whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

   a. place a copy of this Order in the separate file for such action;
   b. serve on Plaintiffs' counsel in the new case a copy of this Order;
   c. direct that this Order be served upon defendants in the new case; and
   d. make the appropriate entry in the Master Docket.

5. Any attorney who has filed a Related Action or any other action arising out of the same or similar alleged facts now pending or hereafter filed in, removed to, or transferred to this District, may file an application for appointment as interim class counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications must be

filed, using the Court's CM/ECF system, in the Master File No. 3:23-cv-00297-RGJ, no later than July 17, 2023. Each attorney's or proposed leadership structure's application shall address the factors set forth in Fed. R. Civ. P. 23(g) or other relevant factors and may include a firm resume. Responses up to five pages will be permitted without leave of the Court, due July 24, 2023. The Court may hold a hearing on the applications or appoint interim counsel or other designated counsel based on timely written submissions or as the Court otherwise deems appropriate.

6. Plaintiffs shall file a Consolidated Complaint no later than forty-five (45) days following entry of an order appointing interim class counsel or other designated leadership counsel.

7. PharMerica and Res-Care shall have forty-five (45) days to file an answer, motion to dismiss, or other response to the Consolidated Complaint.

8. PharMerica and Res-Care (and any additional defendants named in future Related Actions) need not file a response to the complaint in each Related Action and instead shall answer, move, or otherwise respond to the Consolidated Complaint by the time stated above, unless otherwise ordered.

Dated June 30, 2023                     */s/ Joseph M. Lyon*
                                        Joseph M. Lyon
                                        THE LYON FIRM
                                        2754 Erie Ave.
                                        Cincinnati, OH 45208
                                        Phone: (513) 381-2333
                                        Fax: (513) 766-9011
                                        Email: jlyon@thelyonfirm.com

                                        Gary F. Lynch*
                                        Jamisen A. Etzel*
                                        Nicholas A. Colella*
                                        LYNCH CARPENTER LLP
                                        1133 Penn Avenue, 5th Floor
                                        Pittsburgh, PA 15222

Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com

*pro hac vice forthcoming

*Attorneys for Plaintiff Lurry*

*/s/ Matthew L. White*
Matthew L. White (#88595)
Mark K. Gray (#83552)
Gray & White Law
2301 River Road Suite 300
Louisville, KY 40206
Tel: 502-210-8942
Fax: 502-618-4059
mwhite@grayandwhitelaw.com
mgray@grayandwhitelaw.com

Ben Barnow*
Anthony L. Parkhill*
Barnow and Associates, P.C.
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312-621-2000
Fax: 312-641-5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

*pro hac vice forthcoming

*Counsel for Plaintiff Marallo*

*/s/ Andrew E. Mize*
STRANCH, JENNINGS & GARVEY, PLLC
Andrew E. Mize, KY Bar No. 94453
J. Gerard Stranch, IV, pro hac vice forthcoming
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
Telephone: (615) 254-8801
amize@stranchlaw.com
gstranch@stranchlaw.com

TURKE & STRAUSS LLP

6

Samuel J. Strauss, pro hac vice forthcoming
Raina Borrelli, pro hac vice forthcoming
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

COHEN & MALAD, LLP
Lynn A. Toops, pro hac vice forthcoming
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com

*Attorneys for Plaintiff Williams*

*s/ Casey L. Hinkle*
Casey L. Hinkle
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Tel: 502.416.1636
chinkle@kaplanjohnsonlaw.com

Lawrence L. Jones II
JONES WARD PLC
445 Baxter Avenue, Suite 275
Louisville, Kentucky 40204
Tel. 502.882.6000
larry@jonesward.com

James J. Pizzirusso*
Amanda V. Boltax*
HAUSFELD LLP
888 16th Street N.W. Suite 300
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com
mboltax@hausfeld.com

Steven M. Nathan*
HAUSFELD LLP
33 Whitehall Street Fourteenth Floor
New York, NY 10004

7

Tel. 646.357.1100
snathan@hausfeld.com

Kim D. Stephens, P.S.*
Cecily C. Jordan*
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101-3147
Tel. 206.682.5600
Fax. 206.682.2992
kstephens@tousley.com
cjordan@tousley.com

Amy Keller*
DICELLO LEVITT LLP
Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

David A. Straite*
DICELLO LEVITT LLP
485 Lexington Avenue Suite 1001
New York, New York 10017
Tel. 646.933.1000
dstraite@dicellolevitt.com

*pro hac vice forthcoming

*Counsel for Plaintiff Luther*