# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| *In Re: PharMerica Data Breach Litigation.* <br><br> **This Document Relates to:** <br><br> ***COLLINS ET AL. v. BRIGHTSPRING HEALTH SERVICES, INC., et al**, No. 3:23-cv-343-RGJ* | Master File No. 3:23-cv-00297-RGJ <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1) |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Ryan J. Collins and Hannah Slaughter and their attorneys of record, hereby give notice that the action (and claims asserted by the plaintiffs therein) *Collins et al. v. Brightspring Health Services, Inc. et* al., No. 3:23-cv-343-RGJ, which was consolidated into this action, is hereby voluntarily dismissed, without prejudice against Defendants Brightspring Health Services, Inc., Brightspring Health Holdings Corp., Res-Care, Inc., and PharMerica Corporation.

DATED: June 11, 2023            Respectfully submitted,

                                */s/ John Abaray*

                                John Abaray (KBA #96629)
                                Nicholas Craddock (KBA #96338)
                                Patrick J. Smith (KBA #95724)
                                Abaray Craddock & Smith, PLLC
                                209 Townepark Circle, Suite 200,
                                Louisville, KY 40243
                                Main: 502-215-0257
                                Direct: 502-519-7948
                                Fax: 502-717-0576
                                john@acslawky.com
                                Counsel for Plaintiff