# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*In Re: PharMerica Data Breach Litigation*

Case No.: 3:23-cv-00297

**STIPULATED ORDER CONCERNING PROTOCOL FOR DECEASED PERSONS SEARCH PROTOCOL**

WHEREAS, on January 22, 2025, the Parties filed their *Joint 26(f) Report and Discovery Plan* (the "Discovery Plan," ECF No. 96);

WHEREAS, in the Discovery Plan, the Parties informed the Court that (i) the Parties intend to prepare, and submit for the Court's approval, a stipulated protective order (the "Protective Order") to govern the production and use of confidential information that may be disclosed during discovery in this matter; and (ii) the Parties have agreed upon a protocol for resolving an issue that has arisen regarding Defendant's belief that a large portion of the putative class may be deceased; and

WHEREAS, in an order dated January 27, 2025 (ECF No. 98), the Court ordered the Parties to, among other things, "file an agreed order documenting the protocol and any associated deadlines they have agreed to use to deal with the identified issue regarding potentially deceased class members";

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. Within three business days after the Court's approval entry of this Stipulated Order and the Protective Order (which the Parties have submitted for the Court's approval at ECF No. 100), Defendant will produce to Plaintiffs one or more CSV files containing all names, addresses,

dates of births, and social security numbers that can be located in its records for all members of the putative class.

2.  Plaintiffs will use their access and subscription to the Limited Access Death Master File (the "LADMF"), a database operated by the federal government that contains information regarding individuals whose deaths have been reported to the Social Security Administration, to search for putative class members who have been reported as deceased.

3.  Plaintiffs will provide the results of its searches to Defendant on a rolling basis.

4.  The Parties acknowledge that Defendant does not have full social security numbers and/or dates of birth for all putative class members. Nevertheless, the Parties have agreed to cooperatively work together to try to achieve fulsome results, including the potential to supplement Defendant's data where necessary to search the LADMF.

5.  The Parties agree to make best efforts to complete this process (*i.e.*, producing the data to Plaintiffs, running the LADMF searches, and meeting and conferring regarding any additional data needs to achieve fulsome search results) within the next 90 days.

6.  Within 90 days after the Court's entry of this Stipulated Order, the Parties will submit a supplemental joint status report to this Court. In this supplemental joint status report, the Parties will either (i) state that they wish to attend mediation, or (ii) submit a joint proposal (or, if necessary, separate proposals) for a discovery schedule that covers remainder of this litigation.

STIPULATED TO:

By: /s/ *J. Gerard Stranch (with permission)*

J. Gerard Stranch, IV (admitted PHV)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel.: 615-254-8801

By: /s/ *Carrie Dettmer Slye*

Carrie Dettmer Slye (admitted PHV)
Jennifer Brumfield, KY Bar No. 100624
**BAKER & HOSTETLER LLP**
312 Walnut St. #3200
Cincinnati, OH 45202
Phone: (513) 929-3400

| | |
|---|---|
| Fax: 615-255-5419 | Fax: (513) 929-0303 |
| gstranch@stranchlaw.com | Email: cdettmerslye@bakerlaw.com |
| | Email: jbrumfield@bakerlaw.com |
| *Interim Lead Counsel* | |
| | Casie Collignon (admitted PHV) |
| E. Michelle Drake (admitted PHV) | **BAKER & HOSTETLER LLP** |
| **BERGER MONTAGUE PC** | 1801 California Street, Suite 4400 |
| 43 SE Main Street, Suite 505 | Denver, CO 80202 |
| Minneapolis, Minnesota 55414 | Phone: (303) 861-0600 |
| Tel.: 612-594-5999 | Fax: (303) 861-7805 |
| Fax: 612-584-4470 | Email: ccollignon@bakerlaw.com |
| emdrake@bm.net | |
| | *Attorneys for Defendant* |
| Gary Klinger (admitted PHV) | |
| **MILBERG COLEMAN PHILLIPS GROSSMAN, PLLC** | |
| 227 W. Monroe Street, Suite 2100 | |
| Chicago, Illinois 60606 | |
| Tel.: (866) 252-0878 | |
| gklinger@milberg.com | |

Lynn A. Toops (admitted PHV)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 636-6481
Fax: (317) 636-2539
ltoops@cohenandmalad.com

*Co-Members of Plaintiffs' Executive Committee*

Augustus Herbert
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, Kentucky 40207
Direct: 502.625.2732
Fax: 502.561.0442
aherbert@grayice.com

*Liaison Counsel*

ATTORNEYS FOR PLAINTIFFS